UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT LEW GRIFFIN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JOHN MARSHAL, Warden,<br><br>　　　　Respondent. | No. EDCV 09-1424-DOC (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

　　IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: September 17, 2012

　　　　　　　　　　　　　　　　　　　　*David O. Carter*
　　　　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　　　　United States District Judge