1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

9

10   ELLIOTT LEW GRIFFIN,              )      No.  EDCV 09-1424-DOC (AGR)
                                       )
11                  Petitioner,        )
                                       )      JUDGMENT
12        v.                           )
                                       )
13   JOHN MARSHALL, Warden,            )
                                       )
14                  Respondent.        )
     _____ )

15

16        Pursuant to the Order Accepting Findings and Recommendation of United

17   States Magistrate Judge,

18        IT IS ADJUDGED that the Petition in this matter is denied and dismissed with

19   prejudice.

20

21   DATED: September 17, 2012       _____

22                                            DAVID O. CARTER
                                         United States District Judge
23

24

25

26

27

28